DAVID McCONNELL, Appellant, *v.* WILLIAMS STEAMSHIP COMPANY, INC., et al., Respondents.

(Argued October 11, 1934; decided October 26, 1934.)

*Charles A. Ellis* and *Lucien V. Axtell* for appellant.
*Corydon B. Dunham* and *Ralph Stout* for respondents.

Judgment affirmed, with costs, reserving the question whether the amended complaint states a cause of action against the defendants for assault in any court. No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.